

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00354-CR

Brandon **SAUNDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7603W
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED.

SIGNED September 25, 2013.

_____
Karen Angelini, Justice